ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
MIEKE MALMBERG - State Bar No. 209992
mmalmberg@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Mark W. Bayer (*pro hac vice* application forthcoming)
mbayer@gardere.com
Thomas G. Haskins, Jr. (*pro hac vice* application forthcoming)
thaskins@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667

*Attorneys for Defendant*
*Capella Hotel Group, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

| | |
|---|---|
| HOTELES DEL CABO S. DE R.L. DE C.V., a Mexico corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CAPELLA HOTEL GROUP, LLC, a Delaware Corporation,<br><br>        Defendant. | CASE NO: 2:15-cv-00408-ODW-JPR<br><br>**CAPELLA HOTEL GROUP, LLC'S *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**<br><br>[Notice of Application, Declaration of Thomas G. Haskins, Jr. and Proposed Order submitted separately and concurrently herewith.] |

Defendant Capella Hotel Group, LLC ("Capella") submits this *ex parte* application for a briefing schedule on Plaintiff Hoteles Del Cabo S. De R.L. de CV's ("Hoteles") *Ex Parte* Application for Issuance of a Temporary Restraining Order (the "Application"). With this application, Capella respectfully requeststhat the Court provide it with a reasonable opportunity to respond to Hoteles' Application and address the multiple allegations contained therein. By the filing of the foregoing, Capella does not consent to the jurisdiction of the Central District of California, and reserves its right to object to the exercise of such jurisdiction.

The instant lawsuit is nothing more than a continuation of what has become a long, drawn-out and multi-faceted war being waged by international conglomerate Cargill, Inc. ("Cargill," who controls Hoteles) against Capella, one of the world's leading brands of ultra-luxury resorts and hotels. Cargill's ultimate aim is to remove Capella from its most successful property, the Capella Resort & Spa Pedregal de Cabo San Lucas (the "Hotel"), while avoiding any financial penalties for its wrongful termination.

Hoteles' Application contains a 30 page brief, 5 separate declarations and 40 exhibits. Declaration of Thomas G. Haskins, Jr. ("Haskins Decl.") at ¶2. The Application contains numerous allegations which Capella vehemently disputes, and indeed omits a great deal of critical information. In addition, Hoteles filed the Application without providing any notice to Capella that it would be seeking a Temporary Restraining Order. *Id.*

Hoteles is now attempting to have the Temporary Restraining Order entered without providing Capella a fair opportunity to respond and present its meritorious defenses. Indeed, in order to properly respond to Hoteles' voluminous allegations, Capella will be required to gather multiple affidavits, including from an expert in Mexican law, a process that simply cannot be done over a single weekend. *Id.* In short, the issuance of any form of temporary relief without providing Capella with a fair opportunity to respond and defend itself would work a severe injustice to Capella. No such harm is at risk for Hoteles, who concedes in the Application that it has known of the actions it is complaining of for months, and has intentionally waited to bring this lawsuit. Application at 9-10. Accordingly, Capella respectfully requests that this Court enter a reasonable briefing schedule to allow Capella an opportunity to respond to the Application.

Capella has attempted to confer with Hoteles on this request, recommending that Capella be given until February 3, 2015 to respond, with Hoteles having an opportunity to submit a reply by February 6, 2015. Haskins Decl., Ex. 1. Hoteles stated it would not agree to a briefing schedule, and did not propose an alternate schedule. *Id.* at ¶3.

/ / /

/ / /

/ / /

/ / /

2
**DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

933147
Gardere01 - 6547011v.1

## CONCLUSION

For the foregoing reasons, Capella respectfully requests that this Court grant the foregoing *ex parte* application and enter a reasonable briefing schedule to allow Capella to respond to Hoteles' application for a TRO.

Date: January 25, 2015

Respectfully submitted,

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP

By: _____/s/_____
 Andrew Baum
Attorneys for Attorneys for Defendant
Capella Hotel Group, LLC

3
**DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

933147
Gardere01 - 6547011v.1