ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
MIEKE MALMBERG - State Bar No. 209992
mmalmberg@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Mark W. Bayer (*pro hac vice* application forthcoming)
mbayer@gardere.com
Thomas G. Haskins, Jr. (*pro hac vice* application forthcoming)
thaskins@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  214-999-3000
Facsimile:  214-999-4667

*Attorneys for Defendant
Capella Hotel Group, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

**DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

933147

| | |
|---|---|
| HOTELES DEL CABO S. DE R.L. DE C.V., a Mexico corporation,<br><br>               Plaintiff,<br><br>v.<br><br>CAPELLA HOTEL GROUP, LLC, a Delaware Corporation,<br><br>               Defendant. | CASE NO: 2:15-cv-00408-ODW-JPR<br><br>**CAPELLA HOTEL GROUP, LLC'S NOTICE OF *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**<br><br>[Application, Declaration of Thomas G. Haskins, Jr. and Proposed Order submitted separately and concurrently herewith.] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

    **PLEASE TAKE NOTICE THAT** defendant Capella Hotel Group, LLC ("Capella") will, and hereby does, move on an *ex parte* basis for a briefing schedule on Plaintiff Hoteles Del Cab S. De R.L. de CV's ("Hoteles") *Ex Parte* Application for Issuance of a Temporary Restraining Order. Pursuant to the Honorable Otis D. Wright's rules, this application will be decided without hearing unless the Court advises the parties otherwise.

    Counsel for Hoteles has been given notice of this application in accordance with Local Rule 7-19.1. Declaration of Thomas G. Haskins, Jr. at Ex. 1.

    The foregoing application is based on this Notice of Application, the accompanying Application for Briefing Schedule, the declaration of Thomas G. Haskins, Jr. and exhibit thereto, the Proposed Order, the papers and records on file,

/ / /

/ / /

---

1

**DEFENDANT CAPELLA HOTEL GROUP, LLC'S NOTICE OF *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

933147

such additional matters of which the Court may or must take judicial notice, and such further argument or evidence as may properly be presented to this Court.

Date: January 25, 2015

Respectfully submitted,

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: _____/s/_____
   Andrew Baum
Attorneys for Attorneys for Defendant
Capella Hotel Group, LLC

2
**DEFENDANT CAPELLA HOTEL GROUP, LLC'S NOTICE OF *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

933147