ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
MIEKE MALMBERG - State Bar No. 209992
mmalmberg@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Mark W. Bayer (*pro hac vice* application forthcoming)
mbayer@gardere.com
Thomas G. Haskins, Jr. (*pro hac vice* application forthcoming)
thaskins@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667

*Attorneys for Defendant
Capella Hotel Group, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**DECLARATION OF THOMAS G. HASKINS, JR.**

| | |
|---|---|
| HOTELES DEL CABO S. DE R.L. DE C.V., a Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAPELLA HOTEL GROUP, LLC, a Delaware Corporation,<br><br>Defendant. | CASE NO: 2:15-cv-00408-ODW-JPR<br><br>**DECLARATION OF THOMAS G. HASKINS, JR. IN SUPPORT OF CAPELLA HOTEL GROUP, LLC'S *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER** |

I, Thomas G. Haskins, Jr., declare as follows:

1. I am an attorney in the law firm of Gardere Wynne Sewell LLP, and counsel for Capella Hotel Group, LLC ("Capella"). My application for admission to this Court *pro hac vice* for this matter is forthcoming. Our local counsel in this matter is Andrew Baum and Mieke Malmberg of Glaser Weil Fink Howard Avchen & Shapiro, LLP. I make this declaration based on personal knowledge, in support of Capella's *Ex Parte* Application for a Briefing Schedule on Defendant's *Ex Parte* Application for Issuance of a Temporary Restraining Order, and if called as a witness, I could and would testify competently thereto.

2. On Wednesday, January 21, 2015, Plaintiff Hoteles Del Cabo S. de R.L. De C.V. ("Plaintiff") filed the complaint in the above-captioned matter. Although the complaint does not mention a request for a temporary restraining order, late in the evening on Thursday, January 22, 2015, Plaintiff filed an *Ex Parte* Application for a Temporary Restraining Order (the "Application"), including a thirty (30) page brief, five (5) separate declarations, and forty (40) exhibits. Though counsel for Plaintiff had previously indicated that they may file a request for a preliminary injunction, they never stated they would be seeking a temporary restraining order. In addition, it is

1
**DECLARATION OF THOMAS G. HASKINS, JR.**

my understanding that they have not served the Application or supporting documentation on Capella.

3. On January 24, 2015, at approximately 6:45PM CST, I sent an email to Philip Nemecek, counsel for Plaintiff, advising him that Capella wished to have an opportunity to respond to the allegations in the Application. I proposed a reasonable briefing schedule for the parties to agree to. I also advised Mr. Nemecek that in the absence of agreement on a briefing schedule, Capella would be seeking relief from the Court. Attached as Exhibit 1 hereto is a true and correct copy of that communication. Late on the evening of January 25, 2015, counsel for Hoteles responded that it did not agree to our proposed briefing schedule, and did not offer an alternative.

4. Adequately responding to Plaintiff's 30 page brief and five declarations in a short time frame is not possible. Capella's response will require multiple affidavits, including from experts in Mexican law. To avoid prejudice to my client, we require at least one week to prepare a fulsome response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of January, 2015 in Dallas, Texas.

Respectfully submitted,

/s/ Thomas G. Haskins, Jr.
Thomas G. Haskins, Jr.
GARDERE WYNNE SEWELL, LLP
*Attorneys for Defendant*
*Capella Hotel Group, LLC*

2
**DECLARATION OF THOMAS G. HASKINS, JR.**

934484
Gardere01 - 6547009v.1