1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HOTELES DEL CABO S. DE R.L. DE C.V., a Mexico corporation, | CASE NO: 2:15-cv-00408-ODW-JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CAPELLA HOTEL GROUP, LLC'S *EX PARTE* APPLICATION FOR A BRIEFING SCHEDULE ON PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER** |
| v. | |
| CAPELLA HOTEL GROUP, LLC, a Delaware Corporation, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR BRIEFING SCHEDULE ON PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF A TRO**

1    The Court has read and considered DefendantCapella Hotel Group, LLC's

2    ("Capella")*Ex Parte* Application for a Briefing Schedule on Plaintiff Hoteles Del Cab

3    S. De R.L. De, C.V.'s ("Hoteles") *Ex Parte* Application for Issuance of a Temporary

4    Restraining Order.  Finding good cause in support thereof, the Court hereby

5    GRANTS the application.  The parties shall adhere to the below schedule:

6         On February ___, 2015, Capella shall file and serve its Response to Plaintiff's

7    application.

8         On February ___, 2015, Hoteles may file and serve its Reply to Capella's

9    Response.

10        Thereafter, the Court shall consider the submissions of the parties and issue its

11   ruling or summon the parties for an oral hearing.

12        IT IS SO ORDERED.

13

14   DATED:  _____          By:_____

15                                           Hon. Otis D. Wright II
                                             United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING DEFENDANT CAPELLA HOTEL GROUP, LLC'S APPLICATION FOR
BRIEFING SCHEDULE**

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP