O

# United States District Court
# Central District of California

| | |
|---|---|
| HOTELES DEL CABO S. DE R.L. DE C.V.,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPELLA HOTEL GROUP, LLC,<br><br>          Defendant. | Case No. 2:15-cv-00408-ODW(JPRx)<br><br>**ORDER RE MOTION TO DISMISS OR TRANSFER [35]** |

The Court's minute entry on April 13, 2015 (ECF No. 48), **GRANTED** Defendant's Motion to Stay (ECF No. 35). Defendant's Motion also requested the Court to dismiss or transfer the case. (*Id.*) In light of the Court's decision to stay the matter, Defendant's other two requests are **MOOT**. The dispute regarding the Resort's ownership rights must be resolved before this case can proceed.

**IT IS SO ORDERED.**

May 11, 2015

_____
                    **OTIS D. WRIGHT, II**
             **UNITED STATES DISTRICT JUDGE**